UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80205 Rosenberg/Reinhart

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MALIK HOSEA ATKINSON
    Defendant.
_____/

FILED BY SW D.C.
Nov 14, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## WAIVER OF APPEARANCE AT ARRAIGNMENT

IN ACCORDANCE with Rule 10, Federal Rules of Criminal Procedure, the defendant, MALIK HOSEA ATKINSON, waives his personal appearance at arraignment. Defendant acknowledges receipt of a copy of the Indictment, that such charging instrument has been reviewed by defendant with counsel, that the defendant understands the general nature of the charges alleged therein, and that the defendant has been advised of the maximum possible penalties.

Upon the advice and with the consent of counsel, defendant waivers the right to be present at the arraignment and enters a plea of NOT GUILTY to each count and requests a jury trial on all counts.

This 14th day of November, 2023.

_____
Defendant

_____
Counsel for Defendant