UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-CR-80205-RLR

UNITED STATES OF AMERICA

vs.

MALIK HOSEA ATKINSON,

Defendant.
_____/

## FACTUAL PROFFER

The United States of America and MALIK HOSEA ATKINSON ("Defendant" or "ATKINSON") agree that had this case gone to trial, the United States would have proven the following facts beyond a reasonable doubt:

1. Federal Bureau of Investigation CAFI personal interviewed Minor Victim 1 (MV1) on July 12, 2022. MV1 disclosed that she had created and operated the Discord account (Account 1) as well as additional Discord accounts. MV1 joined Discord at the age of approximately 11 or 12 years old and was born in October 2006.

2. MV1 described a person later identified as ATKINSON, an adult male, that she initially met on Twitter in the first half of 2022. At all times she engaged with ATKINSON online and in person, MV1 was within the Southern District of Florida. MV1 used her iPhone to communicate with ATKINSON over various social media platforms. ATKINSON told MV1 that he was 25 years old, and MV1 said she was 13 years old (she was actually 15 years old at the time). MV1 did not know ATKINSON's real name, so she referred to him as "Bearie." ATKINSON told MV1 that he wanted to meet her in person. Initially, MV1 felt uncomfortable meeting in person. As their conversation progressed, MV1 eventually agreed to meet ATKINSON

in person.

3. During April or May 2022, ATKINSON picked MV1 up before school and they had sex in ATKINSON's white work van in Palm Beach County. MV1 described the white work van as having a small red and white logo on the door. Prior to meeting in person, ATKINSON had previously agreed to pay MV1 $40 for sex with her, however MV1 forgot to collect the money and later told ATKINSON not to worry about paying her.

4. MV1 and ATKINSON continued to communicate after their initial meeting and met approximately 3 or 4 more times to engage in sex in ATKINSON's white work van. ATKINSON and MV1 discussed recording the sexual encounters using ATKINSON's cell phone. MV1 knew that ATKINSON recorded the encounters. ATKINSON produced approximately four different videos of the sexual encounters with MV1 during the first half of the year in 2022. MV1 advised she felt a strong emotional connection to ATKINSON.

5. Discord produced records for MV1's account pursuant to a federal search warrant, including messages between the MV1's account and Discord username "unknown_value#5871" (identified as ATKINSON's account). The communication provided began as early as May 4, 2022 (but likely began before this date) and continued through May 20, 2022. A sampling of several of those communications on May 4, 2022, at 11:31 (UTC) through 14:08 (UTC) were as follows:

| | |
|---|---|
| **ATKINSON** | *Yeah I'm pretty comfortable texting on here more than my regular nsfw1 Twitter but* |
| **ATKINSON** | *Let's get to know each other!* |
| MINOR VICTIM 1 | Ok! |
| **ATKINSON** | *So telll@me more about yourself* |
| MINOR VICTIM 1 | I'm melody or sock! I'm 13 in highschool and I like drawing and |

---

1 "nsfw" refers to "not suitable for work" and denotes sexual activity, as opposed to "sfw" for "safe for work."

|  |  |
|---|---|
|  | playing video games |
| **ATKINSON** | *Oh? Well video games we both have in common lol* |
| **ATKINSON** | *Favorite game?* |
| MINOR VICTIM 1 | Probably Fnaf |
| **ATKINSON** | *Oooh that game is good lol. I think mine is genshin just because I'm a hit [sic] addicted to it lol* |
| MINOR VICTIM 1 | Ooo ok |
| **ATKINSON** | *Tbh I'm surprise you're an aam[2] that actually lives around my area* |
| **ATKINSON** | *I didn't think there were any in south Florida* |
| MINOR VICTIM 1 | I didn't think there were maps[3] near me |
| **ATKINSON** | *Lol but here we are!* |

Later, after sharing images of himself to show the Minor Victim 1 "what I look like", ATKINSON continued the conversation as follows:

|  |  |
|---|---|
| **ATKINSON** | *Anything you want to know about me? And anything else I should know about ya* |
| MINOR VICTIM 1 | Ahh idk can't think of much |
| **ATKINSON** | *Hmm oh how about kinks* |
| **ATKINSON** | *Do you have any you like or don't like or ones you just down right don't want to@do* |

Then, after about seventy minutes of Minor Victim 1 not responding, ATKINSON continued:

|  |  |
|---|---|
| **ATKINSON** | *Checking up on ya. How's school goin if ya able to talk* |
| **ATKINSON** | *Oh* |
| **ATKINSON** | *When do you get off school* |
| **ATKINSON** | *And what way do you take home? Bus as well?* |
| MINOR VICTIM 1 | Yeah sorry finally got a break lol |
| **ATKINSON** | *That's ok* |
| **ATKINSON** | *Glad you're able to text back* |
| **ATKINSON** | *Oh and wanted to make sure this is the school* |
| **ATKINSON** | [ATKINSON sent an unknown photograph] |
| MINOR VICTIM 1 | Yep |
| **ATKINSON** | *Good to know sweetheart* |
| **ATKINSON** | *Take a bus home or family comes pick you up after school* |
| MINOR VICTIM 1 | Take a bus yeah yeah |
| **ATKINSON** | *Can you sneak out at nights or do they stay up for too long* |
| MINOR VICTIM 1 | They stay up to long |
| **ATKINSON** | *Hm fair enough. Then it'll have to be before or after you go to* |

---

2 The abbreviation "aam" meant "adult attracted minor."

3 The abbreviation "map" meant "minor attracted person."

| | | |
|---|---|---|
| | | *school* |
| | MINOR VICTIM 1 | Yeah probably |
| | **ATKINSON** | *Mk. Where's you bus located at and what time ya go there in the morning. What time ya get off school* |
| | MINOR VICTIM 1 | It's near my house and I get off at 2:45 |
| | **ATKINSON** | *Well don't want to go near your house because I know ya ain't comfortable for that type of thing yet* |
| | MINOR VICTIM 1 | Yeah haha |
| | **ATKINSON** | *So at least I know school address* |
| | **ATKINSON** | *Do you leave exactly at 2:45 and do you have any club activities* |
| | **ATKINSON** | *Other try an band* |
| | MINOR VICTIM 1 | Nah just band |
| | MINOR VICTIM 1 | Sadly I have band today tho |
| | **ATKINSON** | *What time ya get out of that. I could do something after band* |
| | MINOR VICTIM 1 | I get out at 6 but mom picks me up |
| | **ATKINSON** | *Hmmmm so the only time nothing happens is Tuesday huh* |
| | MINOR VICTIM 1 | Mondays ah |
| | **ATKINSON** | *Mondays* |
| | **ATKINSON** | *No band* |
| | **ATKINSON** | *But next Tuesday you're free* |
| | MINOR VICTIM 1 | From 2:45 to 4:50 yeah |
| | MINOR VICTIM 1 | I got to go back for band ugh |

6.  On May 9, 2022, from 14:00 (UTC) through 14:12 (UTC), the following ensued:

| | | |
|---|---|---|
| **ATKINSON** | | *So where do you want to meet up in the morning?* |
| MINOR VICTIM 1 | | I'm thinking uhh |
| MINOR VICTIM 1 | | Maybe since my mom knows I take the bus I could do a meet up at 7-9am |
| MINOR VICTIM 1 | | And just said I was late |
| MINOR VICTIM1 | | But to meet I'm thinking still |
| **ATKINSON** | | *Ok ok* |
| **ATKINSON** | | *So I got a 2 hour window mk mk* |
| **ATKINSON** | | *Wanna try making this a weekly thing? And food wise what do you want* |
| **ATKINSON** | | *Cus I am nice. I'm not just gonna rape you and make you a cum dumpster without like feeding you. That's horrible lol.* |
| MINOR VICTIM 1 | | Oo ok ok uh idk really |
| **ATKINSON** | | *Hmmm. Well guess we'll just see after then. Do you usually walk* |

| | | |
|---|---|---|
| | | *to your bus stop?* |
| | MINOR VICTIM 1 | Yeah yeah |
| | MINOR VICTIM 1 | But I don't wanna meet at my bus stop cause um |
| | MINOR VICTIM 1 | Ironically it's at the police station- |
| | ATKINSON | *OOF* |
| | ATKINSON | *so hmmm maybe a block away would work* |
| | MINOR VICTIM 1 | My house is legit a block away from it so it's hard doing meetups bleh |
| | ATKINSON | *Hmmm give me an idea of what's around the area then and maybe we'll have to do a block or two* |
| | ATKINSON | *Cus what I want you to do is* |
| | ATKINSON | *Leave as early as possible and then from there I'll meet you from like the furthest of both places* |
| | ATKINSON | *Idk what's around the area* |
| | ATKINSON | *Maybe there's a little store you can go to@and then just come into my vehicle after but not sure* |
| | MINOR VICTIM 1 | Ooo ok I figured a place but also idk where to go |
| | MINOR VICTIM 1 | It's like a small church in the middle of the town that people get picked up a lot so it won't be super sus plus it doesn't really matter |
| | MINOR VICTIM 1 | It's like a 5 min walk |
| | ATKINSON | *Ok ok* |
| | ATKINSON | *Is there any vacant places around? Like around the church?* |
| | ATKINSON | *From there I mean lol* |
| | ATKINSON | *Like maybe a park* |
| | MINOR VICTIM 1 | Idk really |
| | ATKINSON | *Ok ok real quick then send me the address of the church* |
| | ATKINSON | *And then if possible how early can you leave and walk out* |
| | MINOR VICTIM 1 | 700 is the earliest |
| | ATKINSON | Ok then exactly at 7:00 leave |
| | MINOR VICTIM 1 | "**********************,West Palm Beach, FL 33403 United States" |
| | ATKINSON | *Ok so* |
| | ATKINSON | *Leave as early as possible and I'll be there by the time you arrive* |
| | ATKINSON | *Now ironically* |
| | ATKINSON | *Ima be in a suspicious van lol* |
| | ATKINSON | *But it will be fine* |
| | ATKINSON | *Jk jk but ye* |

7. The Discord messages between ATKINSON and MV1 reveal they met in person for sex on May 10, 2022, and May 16, 2022. ATKINSON discussed livestreaming their sexual encounters on Discord. ATKINSON and MV1 also discussed MV1 producing and distributing

sexually explicit material of herself to other unknown subjects and directing all proceeds to ATKINSON's CashApp and Paypal accounts.

8. Discord provided ATKINSON's Discord Account was created on April 9, 2022, phone number 786-423-6161, and email unknownvalue01001@gmail.com. Discord provided records of communication, images, and videos from ATKINSON's account pursuant to a federal search warrant. ATKINSON's account contained five images of Minor Victim 1, including two in the white van.

9. Verizon provided records that 786-423-6161 was assigned to ATKINSON with his address in Opa Locka, Florida. Google provided that unknownvalue01001@gmail.com was assigned ATKINSON beginning on April 9, 2022, with 786-423-6161 as the recovery telephone number associated with the account.

10. Minor Victim 1 identified three separate photographs of ATKINSON, including his driving record photograph, as "Bearie" and whom she had previously met with in person to engage in sexual encounters in his white work van.

11. ATKINSON was identified from his Florida driving record with a date of birth in 1998 and address in Opa Locka, Florida. The records indicated that ATKINSON drove a 1997 white Chevrolet van bearing Florida license place 37D GED.

12. On October 31, 2023, the FBI executed federal search warrants at ATKINSON's residence, vehicle, and person. FBI called ATKINSON on his cell phone, advised him they had a search warrant and he exited the residence. No other persons were present at the residence.

13. Post-*Miranda*, ATKINSON provided that from approximately 2021 through 2023, he communicated online via Twitter and Discord to females under the age of eighteen. ATKINSON used the following usernames among others: @Jpmon8, @Mal19488673, @the_theun, and unknown_value. ATKINSON advised he communicated with girls as young as 13 years' old. ATKINSON met these minors on "nsfw" chats on Twitter and Discord. ATKINSON explained that "nsfw" stood for "not suitable for work." He confirmed the meanings of "AAM" and "MAP". ATKINSON identified as being a MAP when

he communicated to underage girls. ATKINSON stated, "at the end of the day, I knew it was wrong." ATKINSON said he knew he needed to stop and that his communications went "too far" and that, "morally wise, it was just wrong."

14. ATKINSON said the first underage girl he communicated was a username of Minor Victim 1. ATKINSON said they met in approximately April or May 2022, communicating via Twitter, Discord, and their cell phones. ATKINSON said that Minor Victim 1 identified herself as 13 years old; ATKINSON told her his age was 24 or 25 years old. ATKINSON drove his white Chevy van to Palm Beach Gardens, Florida to meet with Minor Victim 1 met approximately three to four times. A couple of times, ATKINSON picked up Minor Victim 1 before school and they had sex in ATKINSON 's white Chevy van. On one occasion, ATKINSON met Minor Victim 1 at her house at approximately 12 p.m. or 1 p.m. during the summer when Minor Victim 1's parents were at work. Every time ATKINSON and Minor Victim 1 met in person, they engaged in intercourse. ATKINSON admitted he recorded the sexual encounters with his cell phone, which he sent to Minor Victim 1. ATKINSON denied sending the images or videos to anyone else. ATKINSON said he and Minor Victim 1 exchanged payments to one another for sexually explicit images and videos that Minor Victim 1 sold of herself. ATKINSON gave Minor Victim 1 access to his CashApp account, including his username and password. He said that Minor Victim 1 sold sexually explicit images and videos of herself and directed purchasers of said images and videos to send CashApp payments to ATKINSON's CashApp account.

15. ATKINSON recalled a second underage girl (hereinafter referred to as "Minor Victim 2"). ATKINSON met Minor Victim 2 on Twitter sometime in 2022. Minor Victim 2 told ATKINSON she was 15 years' old. ATKINSON met with Minor Victim 2 approximately three or four times at Minor Victim 2's house in Oakland Park, Florida where he engaged in and video recorded their sexual encounters. ATKINSON's Discord account contained multiple conversations with what appeared to be other minor-aged children. ATKINSON appeared to have solicited in person meetings with these children, as well as sexually graphic images and videos from these children.

16. MV2 was identified by the FBI and was interviewed in December 2023. MV2 is now 16

years old and lives with her parents in Broward County, Florida. MV2 identified ATKINSON by photograph as the person she met online and engaged sexually with while she was 15 years old, during the summer of 2023. ATKINSON communicated with MV2 via Twitter and Discord. ATKINSON told MV2 he was 24; MV2 told ATKINSON she was 15. The communication online resulted in meeting up on at least three (3) occasions at MV2's house, when no one else was home, to engage in sex. MV2 advised she resisted ATKINSON's advances, but ATKINSON reassured MV2 to trust him and that no one would find out. MV2 advised that ATKINSON photographed and video recorded their sexual encounters. When MV2 advised ATKINSON, she did not feel comfortable with him recording, ATKINSON reassured MV2 he would not leak the images or videos. ATKINSON communicated his request online for MV2 to send naked pictures of herself. Eventually MV2 acquiesced. MV2 said that ATKINSON called her pet names like baby, bitch, dog and slut.

17. Pursuant to the federal search warrants, the FBI seized several electronic devices including ATKINSON cell phone. A preview of ATKINSON's cell phone revealed sexually explicit conversations between ATKINSON and minor females as well as child pornography of MV1 and other unknown children.

18. By agreeing to these facts, ATKINSON agrees the following elements of enticement of a minor to engage in sexual criminal activity, charged in Counts 1 and 2 of the Superseding Information, would be proven beyond a reasonable doubt had this case gone to trial:

   a. the Defendant knowingly persuaded, induce, entice, or coerce a minor to engage in sexual activity;

   b. the Defendant used a means or facility of interstate commerce;

   c. when the Defendant did these acts, the minor was less than 18 years old; and

   d. one or more of the individuals engaged in the sexual activity could have been charged with a criminal offense under Florida law.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 1/23/24     By: _____
                      GREGORY SCHILLER
                      ASSISTANT UNITED STATES ATTORNEY

Date: 1/23/24     By: _____
                      SCOTT BERRY
                      ASSISTANT FEDEARL PUBLIC DEFENDER

Date: 1/23/24     By: _____
                      MALIK HOSEA ATKINSON
                      DEFENDANT