**From:** emery atkinson
**To:** Scott Berry
**Subject:** Character Reference for Sentences
**Date:** Sunday, March 10, 2024 8:33:53 AM

---

EXTERNAL SENDER

Good afternoon Judge Rosenburg.

Let me apologize to the other parties for the action and behavior of my son, Malik. I write this letter hoping that the court sees Malik as a good individual that made a bad choice. A choice that had he known better, and the consequences, he would have not crossed those lines. This letter is a letter to show the court that Malik is a really good kid, young man, that made a mistake. This is the first and only time that he has been involved with the justice system. And, hopefully he will be given the opportunity to resume his life, outside of incarceration, at the earliest possible time. I ask the court to impose a minimum sentence of 10 years.

Malik was born February 11, 1998. He was due on February 14, a love baby, but the doctor induced an early delivery; because she did want to be delivering the baby on Valentines Day. That's according to his mother. He was a good toddler.
Shortly after he was born, his mother notice an irregular heart beat and took him to the pediatrician, where it was discovered that he had a hole in his heart. He live with that condition until he was about in 5th or 6th grade. Because of this, physical activity would not be a priority. This was sad because his mother and I are athletically inclined. She was the coach at Tallahassee Community College. So starts the life of Malik on the computer all the time. At the time, learning games.

Me and his mother would unfortunately separate and Malik had a hard time with the separation. From 6 years old to 14 the computer was his friend. I wasn't there, but when I visited or when he came to Miami, I saw the behavior but did not notice the obsession.
But, when he wasn't on the computer, he was always helpful. He helped his mother at camps, only minimum, on the court. But he could run the concession stand. He was very good at math. I only knew of "1" one friend he had in Tallahassee. So, again, a lot of free time was spent on the computer.

Malik helped everyone when he was minor. If you asked him to do something, he was on it. He was kind. Holding doors open for ladies and always wanted to give money to the homeless. He and his mom attended church every Sunday.

After being cleared from the heart condition, he would start playing basketball and eventually move with me when he was 14. He was a good student at North Miami Sr. His teachers and classmates liked him. He didn't get into any trouble at school. He teachers would tell him if he was off task; don't let me call you Dad, cause he knew there would be consequences. I only had to reprimand him a few times in his lifetime, but afterwards, I didn't have a problem again.

He went to college, Miami Dade for two years, after which he started working. During this time, I noticed that the computer and gaming was becoming a hindrance. An obsession. I encourage him to come out of the room. Go outside, do something. A lot of times that something was gaming. Now, he was working, but not career oriented work.

The few friends I knew of, they were also gamers. He would bring them to the house and they'd play. He would go to there place and play. I eventually encourage him to get career oriented, and he was soon in a banking program and had graduated and was hire by Chase Bank.

Had I known of his transgressions, it would have been nipped immediately. He would have been restricted from doing this nonsense/infractions. I would have warned him, taking him to visit a jail myself, because I know this is not the life he wanted, nor does his parents want for him. I know he would not want to disappoint us, his family.

I believe his time growing up on the computer, got him caught up with this animated phonograph and it influenced him to get involved with things he shouldn't have been involved. We all know this can become an obsession and unfortunately I did not recognize the behavior in advance. Had I even expected, I would have schooled him on the matter.
Not just Maliks life have been change, but the others involved lives were changed as well. Both influenced by media and the internet. I teach 9th grade. I see the young adults trying to be grown ups before there time. But Malik should have known better. He made a bad choice. He has always been nice. But child like nice. He hadn't matured into a young man. He was still growing up. He may have been 23 or 24 when these violation occurred, but he was still an immature young man not recognizing the wrong he was committing. This is what I was working on. Working on bringing his maturity level up. Working on getting that childlike behavior out of him. This is something that I believe was embedded in him as a child living with his mom. Not blaming her, she was going through her own mental challenges, but being nice all the time without having many responsibilities, and on the computer could hinder a mature environment.

Malik mother did move down to Miami, but she started having health issues and wanted to move back to her home in West Memphis, Arkansas. Her health deteriorate and she was admitted to a nursing home. The doctors don't know what's wrong, but maybe, early on set of dementia. Could this have played a roll in Malik behavior?

But, Judge Rosenberg, as I can attest, Malik has been a really good child, young man. No run ins with law enforcement. Nor, not even a referral at school. He's always been kind and helpful and wanted nothing but the best for others. Therefore, I'm asking you to recognize this as a bad choice by an immature young man. That needs counseling. And I would ask you to sentence him for the minimum time of 10 years. He would use this time to get some type of skills, and additional education to re-enter society as a productive citizen. I would also ask you to assign him to a minimum security facility close to me and the rest of the family, so we could provide him with full support as he severes out his sentence.

Sincerely,

Emery Hosea Atkinson

Audrey A. Wilson



March 12, 2024

The Honorable Judge Robin L. Rosenberg

West Palm Beach

Paul G. Rogers Federal Building and Courthouse



Re: Character Reference for Malik Atkinson

Dear Judge Rosenberg,

I am writing this character reference for my nephew, Malik Atkinson. Malik is the only child of my youngest brother, Emery Atkinson, and his wife Teresa. Malik is the youngest grandchild of our family. He was a very welcomed addition. He was loved by the entire family and still is loved by all of us.

I remember Malik as a cheerful baby boy with beautiful bright eyes. As he grew thru his childhood years, that cheerful and playful attitude followed. I have no recall of him ever being rowdy or a troublemaker. He was always kind, well-mannered and respectful even into adulthood.

In May 0f 2023, after visiting our parents' gravesite, Malik and another of my grandchildren had a lengthy conversation on their lifetime goals. She had a job as a Learning Coordinator at Amazon. He had completed his training and internship at a local bank and was excited to have a very promising career offer. It made me feel proud to hear the two of them, both under age 30, showing genuine concern about going into the workforce and being successful with their job choices and other adult choices they would now have to face. Our conversation was both humorous and serious. But, at this point, the outlook for my nephew, Malik, does not look promising or positive according to the charges I have heard. He knows that he has made some unbelievably bad choices, and that there is now a price to pay. I pray that the Judge/Court

would allow him a workable way to prove himself a better young man who will never tread that path again. I am confident that my nephew dreads this mistake and with loving support from his family, and professional help, if necessary, he will recover from this brokenness and make everyone proud of a mature, new Malik. Thanks for letting me share a little information on my feelings about my nephew, Malik.

Sincerely,

Audrey A. Wilson

From: Bryan Grissett



To: Judge Rosenberg

Date: 3/12/2024

Re: Malik Atkinson

Your Honor,

I am writing this letter regarding the character of my cousin Malik Atkinson. I am Bryan Grissett, a close cousin of his father, and I work as a Plant Manager at Graphic Packaging in Winston Salem, North Carolina.

I have known Malik since he was born. He has been extremely hard working, honest, loving, dependable, and gifted. I have never known of him getting into any trouble that would warrant incarceration among other things. I do know that if he has been involved in anything indirectly or directly, he is wise enough to understand the poor decisions he has made. Malik is very self-reflective and realizes that there are better choices to make.

He is an outstanding young man who has a solid future, and I hope that his strengths and potential to grow and manifest his gifts are evident to where there is leniency and understanding when taking his situation into consideration.

Malik comes from a solid God-fearing family, and if afforded the opportunity, we will give him 1000% support in whatever he needs.

Respectfully Thankful

Bryan L Grissett

March 15, 2024

Dear Judge Rosenberg,

I am writing to you on behalf of Malik Atkinson, a young man who will soon appear before you. I have known Malik his entire life, and I can attest to his good character and gentle nature. As a dear friend of my youngest son, Malik has always been respectful and hardworking. He has been a reliable caregiver with his father for two grandparents who have since passed. Furthermore, he has persevered through his mother's health decline, all while pursuing his education.

Malik admits to his mistakes, and I believe that he deserves a chance at rehabilitation. He has already suffered greatly in silence, and it would be a tragedy to see his bright future extinguished over a youthful mistake.

Malik is remorseful and has learned from his wrongdoings. I urge you to consider a sentence of rehabilitation rather than incarceration, as I firmly believe this will yield a better outcome for both Malik and society. I understand the severity of the charges against Malik and their potential consequences. However, I urge you to consider my words and offer Malik a second chance to contribute positively to society.

Thank you for taking the time to read this letter.

Sincerely,

Celina Skopinski



From:

Welton Robinson II

2/19/2024



To Whom It May Concern:

My name is Welton Robinson II and I'm a friend of The Atkinson Family. I have known Malik Atkinson from the age of maybe 13 or 14 years old and have known him to be a very mannerable and respectful young man. He was doing fairly well academically as he played basketball for North Miami beach High School and in order to participate in these types of activities in Miami Dade County Schools, students must maintain a GPA of 2.0 or higher. I've known The Atkinson Family to go to Church, have numerous family gatherings and reunions between Miami to Georgia. I have known Malik to be respectful to his Parents and Grandparents. Personally, I have never heard of Malik having any problems in school such as fighting or any sorts of disciplinary issues in school.

Malik is a hardworking young man currently working for Amazon and he takes time to help his Parents and Grandparents around the house and running arrands once he received his license. As a young adult, Malik received 2 to 6 months of training from a program offering courses on being a Bank Teller, took a course on Computer programming and completed on the job training. Malik was very dedicated and focused during the course of his training, he received his certificate of completion and was preparing to start work on that Monday. However, due to this situation, Malik unfortunately was not able to start his new position.

My prayer is that I never seen the day that Malik receive a record as a Juvenile or Adult and I pray that you consider his character as a Hardworking young man who is basically doing all that he is supposed to do and I pray that you consider him for who is was prior to this incident so that he can have a clear slate and the opportunity to continue being the young man that I've known him to be.

Yours Truly, Friend of The Atkinson Family,

x Welton Rd II

Minister Welton Robinson II



## Malik Atkinson support letter

1 message

**corey grissett** [redacted]
To: [redacted]

Mon, Mar 18, 2024 at 11:29 AM

Dear review panel

My name is Corey Grissett and I have known Malik Atkinson for over 20 years.

I've watched him grow from a gifted toddler in Tallahassee Florida into a respectable young man in Miami Florida.

Malik Atkinson has always been a kind and well manner individual.

I believe that Malik Atkinson can and will contribute to our society in a positive way.

Please Consider his actions as a mistake and allow him to make a difference and amend for his wrong doing .

Thank you for your time and consideration.

Corey L Grissett.

Audrella Abraham



The Honorable Judge Rosenberg

Paul G. Rogers Federal Building and Courthouse



March 12, 2024

Re: Character Reference for Malik Hosea Atkinson

Dear Judge Rosenberg,

I am writing the character letter on behalf of my cousin Malik Hosea Atkinson; he is the son of my Uncle Emery and Aunt Teresa Atkinson. I have known Malik his entire life. He was a quiet little boy that I remember when he was younger. As he got older, he was a funny, cheerful playful child. Always joking around with family members. He was like a big kid to the family, always having fun and laughing with others during family gatherings.

I remember our grandmother would always say that she wanted to live to see all her grandchildren graduate from high school. Malik was the last of the grandchildren to graduate from high school. My grandmother didn't see him graduate I know she would have been proud of him.

I don't believe Malik would ever intentionally do anything to hurt anyone. I think of him as a big kid always playing and having fun never bringing any harm to anyone.

I truly believe my cousin Malik Atkinson responsible young man who made a mistake and is deeply remorseful for the action and the consequences it has caused.

I am confident that with appropriate support and guidance, he will make a positive contribution to the community. I firmly believe that my cousin Malik deserves an opportunity for rehabilitation and redemption.

Thank you for taking the time to review my letter.

Sincerely,

Audrella Abraham

March 12, 2024

Re: Malik Atkinson

Dear Judge Rosenberg

My name is Gail L Nelson and have been living next door to Emory Atkinson for over 45 years. I first met his son Malik Atkinson when he was about 12 years old. I would occasional see him outside in the back yard helping his grandfather with whatever task he needed help with. I've watch him grow up over the years to be a respectable, well-mannered young man; always courteous and polite in his going out and coming in.

I've never known Malik to have been a problematic child or young man towards his parents or grandparents therefore I'm asking that you be lenient in your decision making for sentencing.

Sincerely Yours,

Gail L Nelson



## Character Reference Letter

**Juan Ryland** Fri, Mar 15, 2024 at 2:31 AM
To:

Juan Ryland



Dear Judge Rosenberg,

I am writing this reference for Malik Atkinson, who is my best friend and who I have known for 6 years. I am aware of the charges being brought forward against him and the upcoming proceedings and I would like to share my perspective on his character and conduct.

I have witnessed Malik demonstrate integrity, compassion, honesty, selflessness and responsibility throughout the time we have known each other. He has always shown everyone he's come across with respect and kindness. Always willing to do what he can to help someone out. I have been forever grateful for what he has helped me through in my rough times.

The alleged charges that are being brought against him and highly uncharacteristic and not his true nature.

I kindly requests the court's consideration of Malik's overall character. I believe with appropriate guidance and support, he can continue to be a positive influence around everyone.

Thank you for taking the time to read this letter

Sincerely,

Juan Ryland

Emilie K. Howard



March 10, 2024

The Honorable Judge Robin L. Rosenberg
**West Palm Beach**
Paul G. Rogers Federal Building and Courthouse

Re: Character Reference for Malik Atkinson

Dear Judge Rosenberg:

I am writing to provide a character reference for Malik Atkinson, whom I have known for 26 years, he is my nephew. I am aware of the charges brought against him and the upcoming court proceedings, and it is important to share my perspective on his character and conduct.

I have had the privilege of witnessing Malik Atkinson demonstrate unwavering integrity, compassion, and responsibility throughout our acquaintance. Malik Atkinson has always been a person of high moral character, displaying honesty and truthfulness in all his interactions. Malik Atkinson has consistently shown respect for others, treating everyone with dignity and kindness.

Furthermore, I have observed Malik Atkinson fulfill his responsibility with diligence and dedication. Whether it was in a professional capacity or personal commitments. Malik Atkinson has consistently displayed a strong work ethic and commitment to excellence.

Based on my knowledge of Malik Atkinson. The actions alleged in the charges against him are uncharacteristic of his true nature. I believe Mallik Atkinson is a person of integrity who made a mistake and is deeply remorseful for the consequences it has caused.

I kindly request the court's consideration of Malik Atkinson's overall character and previous contributions to society, I am confident that with appropriate guidance and support, he will continue to positively contribute to the community. I believe, Malik Atkinson deserves an opportunity to redemption and rehabilitation,

Thank you for taking the time to review this character reference letter. Should you require any additional information or further information, or further clarification please do not hesitate to contact me at the provided contact details.

Sincerely.



Emilie K. Howard



## Fw: Malik Atkinson

1 message

**Keisha Wilson** Tue, Mar 19, 2024 at 8:18 AM
To:

***Keisha Wilson***
***All I Am, I owe. I live eternally in the RED!***

----- Forwarded Message -----
**From:** Keisha Wilson <
**To:** Emery Atkinson <
**Sent:** Monday, March 18, 2024 at 01:28:25 PM EDT
**Subject:** Malik Atkinson

To whom this may concern:

I am writing this on behalf of Malik Atkinson. I have known him for about 12 years when he would visit his family Emery Atkinson. He was also respectful, polite and very quiet young man. Even after coming to live with his father a few years back, I never his father say anything negative about his son. He was a typical young man, who was great playing basketball and made his father proud of his accomplishments.

Respectfully
Keisha Wilson
A friend
All I Am I Owe!

March 13, 2024

Dear Judge Rosenberg,

This letter is being written as a character reference for Malik Atkinson whom I have known for the past six years through his father. Malik is a very likable young man. I have witnessed him hanging out with his friends and they enjoyed many hours of gaming either at the arcade, home or a friend's home. I could respect that because these young men were having fun and not out getting into any trouble. I have also seen Malik fellowship at family events where he exhibits good manners and has an infectious smile, especially when he thinks he is funny.

Malik has a very close relationship with his dad. He would assist him with chores around the house, whether it be raking leaves, doing laundry, or running out to get his dad food when he was too tired to go pick something up. No matter what time of the evening it was or what he was doing, he would stop and make that run for his dad. On his dad's birthday one year, he and a friend cooked us a wonderful dinner. He was so excited to organize this occasion. It is special that he has this relationship with his dad because his mom has dementia and a disability who sadly does not even recognize her own son. Being a mother myself, that is something that is extremely heart breaking for me, so I can't even imagine how it feels for a son who loves his mother. No matter how difficult it was, Malik still would go to visit and spend time with her. Recently, Malik's dad introduced him to a program to learn skills in AI or banking. Malik decided to matriculate in the banking program. His dad and I were so proud of him for taking this positive step toward his future.

In closing, I have grown to love Malk and was very saddened to hear about his arrest and impending trial. His dad has encouraged him to read his Bible and to stay positive. Malik calls his dad often because I am sure it is comforting for him to hear his voice. During the holidays, the phone was passed around so that he could communicate with his extended family which I'm sure was also difficult because he could not be in their company. The times that I have been able to speak to Malik, he sounds upbeat, but I cannot imagine the torment that he is experiencing. I will continue to pray for him and pray that his sentence is light.

Sincerely,

Kim Manning

[redacted]

March 5, 2024

To Whom it may concern:
Re.: Malik Atkinson

My name is George c. Hill, I'm a close family friend and neighbor of Malik and his family.
I have known him almost all of his life. He's lived with is father and Grandfather and family. Growing up in the neighborhood as a respectful young man to all of the adults, and had no problems with his peers that I knew of. Very helpful whenever I asked for his assistance.

He graduated from high school and had some college for a short time. I have honestly not known him to be in any trouble until this incident. I believe that he would benefit from some kind of intervention if given a chance to reconcile his behavior.

Sincerely, George C. Hill, DAV

George c Hill



## Malik Atkinson

1 message

**Lavonia Jackson** [redacted] Fri, Mar 15, 2024 at 9:25 PM
Reply-To: Lavonia Jackson [redacted]
To: [redacted]

Dear Judge Rosenburg.

I have known Malik since he was a little boy. When I first met him, he was such a little gentleman. He exemplified such good manners and he immediately started chatting with me as if he'd known me for a while. When my mother met Malik, she also said that he is such a cute and well mannered boy.

Over the years of watching Malik grow into a young man, I saw him still in my eyes as a big kid.
He showed maturity, but also playful and young at heart. I know that Malik has a spirit for helping others. I will always remember that after one of the hurricanes that we had in Miami, Malik joined his father, to go around helping families to cut up and discard fallen trees.

I am thankful to have met Malik, and I pray that he will continue to contribute to the lives of others in a positive way and stay focused on his personal journey in life.

Thank you,
Lavonia Jackson

Yahoo Mail: Search, Organize, Conquer